1  Joseph R. Manning, Jr. (SBN 223381)
   ADAPracticeGroup@manninglawoffice.com
2  **MANNING LAW, APC**
   20062 SW Birch Street
3  Newport Beach, CA 92660
   Tel: 949.200.8755
4  Fax: 866.843.8308

5  *Attorneys for Plaintiff*

6  JAMES RUTHERFORD

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

| JAMES RUTHERFORD, an individual, | Case No.: 5:19-cv-02323-JGB-KK |
|---|---|
| Plaintiff, | Hon. Jesus G. Bernal |
| v. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| TOPWELL, LLC, a California limited liability company; and DOES 1-10, inclusive, | Complaint Filed: December 4, 2019 Trial Date: None |
| Defendants. | |

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff James Rutherford ("Plaintiff") requests that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Respectfully submitted,

DATED : February 11, 2020

**MANNING LAW, APC**

By: /s/ *Joseph R. Manning, Jr.*
    Joseph R. Manning, Jr.
    Attorney for Plaintiff
    James Rutherford

# CERTIFICATE OF SERVICE

I certify that on February 11, 2020 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via email transmission and via transmission of Electronic Filing generated by CM/ECF.

Respectfully submitted,

Dated: February 11, 2020                    **MANNING LAW, APC**

By:   */s/ Joseph R. Manning, Jr., Esq.*
        Joseph R. Manning, Jr., Esq.
        Attorney for Plaintiff,
        James Rutherford